UNITED STATES OF AMERICA,
Plaintiff—Appellee,

v.

Jesus CHON–OSORIO, aka Jesus Rubio–Corrales, aka Jesus Joel Osorio, aka Abundo Soto Defendant—Appellant.

No. 02–10069.

D.C. No. CR–01–00989–JAT.

United States Court of Appeals,
Ninth Circuit.

---

1. All pending motions are denied.
* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Jesus Chon–Osorio appeals his guilty-plea conviction and 55–month sentence for being an alien found in the United States after having been deported, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Chon–Osorio's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and, in light of the valid appeal waiver in the plea agreement, the appeal is DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.